UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARRIE M. HALL,

        Plaintiff,

    v.

JUDGE JAMES J. STONIER, et al.,

        Defendants.

Case No. C11-5663BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 9).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's complaint is **DISMISSED without prejudice**; and

(3)    This action is **DISMISSED**.

DATED this 19th day of March, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER