UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARRIE M. HALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUDGE JAMES J. STONIER, et al.,<br><br>　　　　　Defendants. | Case No. C11-5663BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 9).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**;

(2)　Plaintiff's complaint is **DISMISSED without prejudice**; and

(3)　This action is **DISMISSED**.

DATED this 19th day of March, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER